*In re* WARD'S ESTATE.

EXECUTORS AND ADMINISTRATORS.
This case is ruled by *In re Ward's Estate,* 152 Mich. 218, between the same parties, and involving the same questions.

Error to Oakland; Smith, J.   Submitted January 7, 1908.   (Docket No. 2.)   Decided June 27, 1908.

Charles W. Ward appealed from an order of the probate court allowing the first annual account of Willis C. Ward, Franklin B. Ward, and George K. Root, executors of the last will and testament of David Ward, deceased.   There was judgment disallowing the account in part, and the executors bring error.   Reversed.

*Chamberlain & Guise* (*Elliott G. Stevenson,* of counsel), for appellants.

*John H. Patterson* (*Watts S. Humphrey* and *H. M. Gillett,* of counsel), for appellee.

BLAIR, J.   This appeal relates to the disallowance by · the circuit court of said trustees' first annual account and was heard by the circuit court at the same time as the appeal from the allowance of said trustees' third annual account.   Both cases were brought to this court for review and submitted at the same time.   The principal brief was filed in the case relating to the third annual account, with the request by both parties that it be considered in this case.   The opinion filed April 1, 1908, 152 Mich. 218, necessitates the reversal of this case, and the judgment is, therefore, reversed, with costs, and a new trial granted.

MONTGOMERY, OSTRANDER, HOOKER, and MOORE, JJ., concurred.